**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NEVADANS AGAINST FRAUD ON THE GOVERNMENT, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>G & M INTERACTIVE, LLC, a Nevada Limited Liability Company; GAUGHAN GAMING MANAGEMENT, LLC, a Nevada Limited Liability Company; GAUGHAN GAMING NEVADA, LLC, a Nevada Limited Liability Company d/b/a GAUGHAM GAMING; KROYER RACING ENGINES, LLC, A Nevada Limited Liability Company, LAS VEGAS DISSEMINATION, INC., a Nevada Corporation d/b/a LAS VEGAS DISSEMINATION COMPANY; MICHAEL J GAUGHAN AIRPORT SLOT CONCESSION, INC., a Nevada Corporation; GAUGHAN SOUTH HOLDING COMPANY, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendant. | Case No. 2:25-cv-01055-CDS-EJY<br>*SEALED*<br><br>~~**Proposed**~~ **Order** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED**:

**United States Magistrate Judge**

**DATED:** October 13, 2026